# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Kenneth R. Woodard<br><br>*Defendant(s)* | Case No. 1:25-MJ-375 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 13, 2025__ in the city/county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Threats over interstate communications |
| 18 U.S.C. 115(a)(1)(B) | Threatening a federal official |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Jacob Mercer/ Jordan Harvey
*Printed name and title*

*Complainant's signature*

Benjamin House, United States Postal Insp
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 6/13/2025

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.06.13 16:53:08 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*