IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

JUL 10 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:25-CR-204 |
| v. | Counts 1-2: 18 U.S.C.§ 875(c) (Threats over Interstate Communications) |
| KENNETH R. WOODARD | |
| Defendant | Count 3: 18 U.S.C.§ 115(a)(1)(B) (Threatening a Federal Official) |

## INDICTMENT

July 2025 Term — at Alexandria

COUNT ONE
(*Threats over Interstate Communications*)

THE GRAND JURY CHARGES THAT:

On or about May 13, 2025, in the Eastern District of Virginia, the defendant, KENNETH R. WOODARD, knowingly and willfully did transmit in interstate and foreign commerce, one or more communications via cellular phone, and said communications contained threats to injure his mailman (hereinafter V-1), specifically a threat to kill V-1 the next time he saw him, and a threat to go down to the Post Office with a gun.

All in violation of Section 875(c) of Title 18 of the United States Code.

## COUNT TWO
*(Threats over Interstate Communications)*

THE GRAND JURY CHARGES THAT:

On or about May 13, 2025, in the Eastern District of Virginia, the defendant, KENNETH R. WOODARD, knowingly and willfully did transmit in interstate and foreign commerce, one or more communications via cellular phone, and said communications contained threats to injure a person of another, specifically a threat to sit outside a local Post Office and place a bullet in someone's head, and a threat to harm anyone coming on his property.

All in violation of Section 875(c) of Title 18 of the United States Code.

## COUNT THREE
*(Threatening a Federal Official)*

THE GRAND JURY CHARGES THAT:

On or about May 13, 2025, in the Eastern District of Virginia, the defendant, KENNETH R. WOODARD, did threaten to murder V-2, a United States Postal Service (USPS) employee, specifically a USPS Customer Care Agent, with intent to intimidate V-2 and to retaliate against him, while V-2 was engaged in, and on account of, the performance of his official duties.

All in violation of Section 115(a)(1)(B) of Title 18 of the United States Code.

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Erik S. Siebert
United States Attorney

By: _____
Jacob A. Mercer
Special Assistant United States Attorney
April Russo
Assistant United States Attorney