IN OPEN COURT

SEP - 8 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# SUPIN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandira Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH R. WOODARD,<br><br>Defendant. | Case No. 1:25-CR-204<br><br>Count One: 18 U.S.C. § 875(c)<br>(Threats over Interstate Commerce)<br><br>Count Two: 18 U.S.C.§ 115(a)(1)(B)<br>(Threatening a Federal Official) |

## SUPERSEDING INFORMATION

### Count One

(Threats over Interstate Commerce)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 29, 2025, in the Eastern District of Virginia, the defendant, KENNETH R. WOODARD, knowingly and willfully did transmit in interstate and foreign commerce, one or more communications via cellular phone, and said communications contained threats to injure a Veteran's Affairs (VA) police officer (hereinafter V-3), specifically a threat to go down to the VA in Washington, D.C. and kill V-3 using a 50 caliber gun.

(In violation of Title 18, United States Code, Section 875(c).)

## Count Two

(Threatening a Federal Official)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 13, 2025, in the Eastern District of Virginia, the defendant, KENNETH R. WOODARD, did threaten to murder a United States Postal Service (USPS) employee (hereinafter V-2), specifically a USPS Customer Care Agent, with intent to intimidate V-2 and to retaliate against him, while V-2 was engaged in, and on account of, the performance of his official duties.

(In violation of Title 18, United States Code, Section 115(a)(1)(B).)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:  _____/s/_____
Jacob A. Mercer
Special Assistant United States Attorney
April N. Russo
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia